■ LESTER A. JOHNS, Respondent, v LESTER JOHNS, INC., et al., Appellants. In the Matter of LESTER A. JOHNS, Respondent, v LESTER JOHNS, INC., et al., Appellants, et al., Respondents. (Appeal No. 1.) [879 NYS2d 767]—Appeal from an order of the Supreme Court, Genesee County (Robert C. Noonan, A.J.), entered April 19, 2007. The order awarded judgment in favor of plaintiff-petitioner on certain causes of action after a nonjury trial.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Peradotto, Green, Pine and Gorski, JJ.